# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

GEORGE ULIBARRI,

        Plaintiff,

v.   No. CV 14-00196 WJ/LAM

MIKE MARTINEZ, in his individual capacity, et al.,

        Defendants.

## JUDGMENT

THIS MATTER came before the Court upon the Motion for Summary Judgment, **(Doc. 44)**, filed April 1, 2015, by Defendants Mike Martinez and Santa Fe County Board of County Commissioners. Pursuant to the findings and conclusions set forth in the Memorandum Opinion and Order which accompanies this Rule 58 Judgment **(Doc. 61)**, the Court finds that Defendant Martinez is entitled to qualified immunity and summary judgment as to all federal claims against him, that all remaining state-law claims against Defendant Martinez should be dismissed without prejudice, and that all claims against Defendant Santa Fe County Board of County Commissioners should be dismissed without prejudice.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Plaintiff's federal claims against Defendant Mike Martinez are hereby DISMISSED WITH PREJUDICE, that Plaintiff's state-law claims against Defendant Martinez are hereby DISMISSED WITHOUT PREJUDICE, and Plaintiff's claims against Defendant Santa Fe County Board of County Commissioners are hereby DISMISSED WITHOUT PREJUDICE for

the reasons described in the Court's Memorandum Opinion and Order, thus disposing of this case in its entirety.

_____
UNITED STATES DISTRICT JUDGE