# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

August 04, 2015

Chris Wolpert
Chief Deputy Clerk

Mr. Matthew Dykman
District of New Mexico- Albuquerque
Pete V. Domenici U.S. Courthouse
333 Lomas N.W., Suite 270
Albuquerque, NM 87102

Ms. Virginia Anderman
Miller Stratvert
P.O. Box 25687
Albuquerque, NM 87125-0687

Mr. Leon Howard III
Lucero & Howard Law Offices
P.O. Box 25391
Albuquerque, NM 87125

Mr. Richard Rosenstock
Richard Rosenstock, Attorney at Law
1121 Paseo de Peralta
Santa Fe, NM 87501

**RE:**   **15-2097, Ulibarri v. Martinez, et al**
Dist/Ag docket: 1:14-CV-00196-WJ-LAM

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

EAS/kf