FILED
United States Court of Appeals
Tenth Circuit

August 4, 2015

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

GEORGE ULIBARRI,

    Plaintiff - Appellant,

v.

MIKE MARTINEZ, in his individual capacity; SANTA FE BOARD OF COUNTY COMMISSIONERS, d/b/a Santa Fe County Sheriff's Department,

    Defendants - Appellees.

No. 15-2097
(D.C. No. 1:14-CV-00196-WJ-LAM)

_____

## ORDER

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk